JOHN G. FOULKES, JR., an Infant, by JOHN G. FOULKES, SR., His Guardian ad Litem, Respondent, v. WILLIAM J. BURKE and Another, Appellants.— Judg-

ment and order unanimously affirmed, with costs.    Present — Van Kirk, Acting
P. J., Hinman, McCann, Davis and Whitmyer, JJ.